## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Ericky Bogues
NBCI 14100 McMullen
Hwy S, Cumberland, Md
21502

*

*

*

_(Full name, date of birth, identification #, address of petitioner)_
**Plaintiff,**

**v.**

Warden Jeffrey Nines,
K. Lamp, Food manager service
etc
NBCI 14100 McMullen Hwy, su
Cumberland, MD 21502

_(Full name and address of respondent)_
**Defendant(s).**

*

*

*

Case No.:_____
_(Leave blank. To be filled in by Court.)_

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

       YES ☐    NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

     1. Parties to the other case(s):

       Plaintiff: _____

       Defendant(s): _____

     2. Court (if a federal court name the district; if a state court name the city or county):

       _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☑    NO ☐

1. If you answered YES:

a. What was the result? No relief NBCI-0758-22
IGO NO.20220919 Prison Block out going mail also

b. Did you appeal? Case NO. NBCI· 075BB

YES ☑    NO ☐

2. If you answered NO to either of the questions above, explain why: _____

_____

_____

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Plaintiff Serving sentence of 30 years at NBCI here by State
a Claim against Defendants For Preventing him From Ceremonial meal
Ramadan Feast, The warden Jeffery Nines, Chaplain K. lamp unknown
food Manager all Was in Violation By not Making Sure under Religious services
Manual Policy, OPs. 140. 0002 and First Amendment right Plaintiff Received

Continue 7-13

K. lamp Chaplain is in Violation of 1st Admendment right by not over seeing that all policy of manual religious be met when placed Plaintiff on ramadan list and Plaintiff loss weight and never got feast 8th Amendment Claim also from loss of weigh indury lack of Proper food

Ceremonial meal which also lack of proper food on was to be Enhancement meal at Dinner from Plaintiff fast not eating lunch Plaintiff Loss weight which is a indury Eighth Amendment Claim. Dis seg trays were not the same as Non-Fasting Disc seg inmates. thus resulting in extreme weight loss and deprivation and having me to choose between Continue fast and loss weight. Which I did continue fast.

Warden Jefferey Nines is the over see of the prison and its his duty to See that policy of religious service be met which was not and Warden Denied ARP about lack of enhancment meal which was to Be on Dinner Trey food from lunch also which action along with no feast is a violation of 1st Amendmendment right to practice religious Ceremonial Policy once a year Plaintiff Went from April 2 2022 until May 2 2022 30 days and seek damages conpensation 75,000.000 as relief

Food Service Manager failed to follow policy of Religious service and make sure on May 2 2022 that Plaintiff Bogues received feast and Colories enhancment meal which is 1st Amendment rig and 8th Amendment Violation from weight loss

7-13

IV. Relief
(State briefly what you want the Court to do for you.)

Seek Jury trial and 75,000.00 seventy five thousand Compensation and damages for 1st Amendmendment & 8th Amendmenment Violation By all Defendants in Claim, Worden, K lamp. Food service

SIGNED THIS ___11___ day of __May__, __2023__

Ericky Bogues
Signature of Plaintiff

Ericky Bogues
Printed Name

NBCI 14100 McMullen Hwy sw Cumberland, MD 21502
Address

_____
Telephone Number

EricksBogues@Yahoo.com
Email Address